United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lee Michael Solsman  
    Debtor

Case No. 21-01009-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 15, 2021      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lee Michael Solsman, 323 N Keyser Ave, Scranton, PA 18504-9788 |
| 5407822 | | Elevate Reco, 1930 N Grand Ave, Sherman, TX 75090-2657 |
| 5407818 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5407826 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5407827 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5407828 | | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5407831 | + | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1179 |
| 5407832 | | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5407829 | + | Pennsylvania American Water, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5407830 | | Pennsylvania Physician Service, 700 Quincy Ave, Scranton, PA 18510-1724 |
| 5407833 | | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5407817 | | Solsman Lee Michael, 323 N Keyser Ave, Scranton, PA 18504-9788 |
| 5407834 | | Tdrcs/raymour & Flanig, Columbia, SC 29201 |
| 5407835 | + | UGI Utilities, Inc, PO Box 15503, Wilmington, DE 19850-5503 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 19:07:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407819 | | Email/Text: EDI@CACIONLINE.NET | Jun 15 2021 18:51:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2911 |
| 5407820 | | Email/Text: bankruptcy@credencerm.com | Jun 15 2021 18:52:00 | Credence Resource Mana, 4222 Trinity Mills Rd Ste 260, Dallas, TX 75287-7666 |
| 5407821 | | Email/Text: G06041@att.com | Jun 15 2021 18:51:00 | DIRECTV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 5414455 | | Email/Text: G06041@att.com | Jun 15 2021 18:51:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5407824 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 15 2021 18:52:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5407823 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 15 2021 18:52:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5407825 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 18:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5412268 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5408054 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 5411189 | | Email/Text: bkrcy@ugi.com | Jun 15 2021 18:52:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5409008 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Lee Michael Solsman MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lee Michael Solsman,                                Chapter      13
aka Lee M. Solsman, aka Lee Solsman,

**Debtor 1**                                 Case No.      5:21−bk−01009−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 28, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 4, 2021  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2021 |

ntcnfhrg (05/21)