Fox and Fox Attorneys at Law, P.C.
By: Craig H. Fox, Esquire
Attorney I.D. #49509
700 E. Main Street, Suite 200
Norristown, PA 19401
Telephone: (610) 275-7990
Facsimile: (610) 275-2866
cfox@foxandfoxlaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lee Michael Solsman, et al | : | |
| Debtor(s) | : | BANKRUPTCY NO. 21-01009-MJC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### AND SERVICE OF PAPERS

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of Mariner Finance, LLC, in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox Attorneys at Law, P.C. and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:
                                                Respectfully submitted,

                                                Fox and Fox Attorneys at Law, P.C.

                                                /s/ Craig H. Fox
                                                _____
                                                Craig H. Fox, Esquire
                                                Attorney for Creditor
cc: **Counsel for the Debtor:**    Mariner Finance, LLC
    Jason P. Provinzano, Esq.
    16 W. Northampton Street
    Wilkes-Barre, PA 18701
    **Trustee:**
    Jack N. Zaharopoulos
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036