Fox and Fox Attorneys at Law, PC
By: Craig H. Fox, Esquire
Attorney I.D. #49509
700 E. Main Street, Suite 200
Norristown, PA 19401
Telephone: (610) 275-7990
Facsimile: (610) 275-2866
cfox@foxandfoxlaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    Lee Michael Solsman, et al | : | |
|                       Debtor(s) | : | BANKRUPTCY NO. 21-01009-MJC |
| | : | |
| MARINER FINANCE, LLC | : | |
|             Moving Party | : | |
|    vs. | : | |
| | : | Hearing Date: |
| Lee Michael Solsman, et al, | : | |
|             Respondent(s) | : | |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

The undersigned certifies that he is counsel for Creditor, Mariner Finance, LLC, and he served via regular, first class mail, postage pre-paid a copy of the Motion for Relief from the Automatic Stay, Proposed Order, Notice of Motion, response deadline and hearing date on the date set forth below to the following persons addressed as follows:

| | |
|---|---|
| U.S. Trustee | Jack N. Zaharopoulos |
| Office of the U. S. Trustee | Chapter 13 Trustee |
| 228 Walnut Street | 8125 Adams Drive, Suite A |
| Suite 1190 | Hummelstown, PA 17036 |
| Harrisburg, PA 17101 | |

| | |
|---|---|
| Jason P. Provinzano, Esquire<br>16 W. Northampton Street<br>Wilkes-Barre, PA 18701 | Lee Michael Solsman<br>323 N. Keyser Avenue<br>Scranton, PA 18504-9788 |

 

FOX AND FOX ATTORNEYS AT LAW, P.C.

DATE:  3/23/2022  BY:  /s/  Craig H. Fox_____
Fox and Fox Attorneys at Law, PC
By: Craig H. Fox, Esquire
Attorney I.D. #49509
700 E. Main Street, Suite 200
Norristown, PA 19401
Telephone: (610) 275-7990
Facsimile: (610) 275-2866
cfox@foxandfoxlaw.com