| | |
|---|---|
| In re: | Case No. 21-01009-MJC |
| Lee Michael Solsman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 22, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

**Recip ID**      **Recipient Name and Address**
\+    JM Seeger, LLC, Attn: Payroll or Human, Resources Department, 1205 ONeill Highway, Dunmore, PA 18512-1723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig H. Fox | on behalf of Creditor Mariner Finance LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Lee Michael Solsman MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Mario J. Hanyon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |

| | |
|---|---|
| | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     LEE MICHAEL SOLSMAN | : | CHAPTER 13 |
| | : | |
|         MOVANT | : | |
|     vs | : | CASE NO: 5:21-bk-01009-MJC |
| | : | |
| JM SEEGER, LLC | : | |
|     and | : | MOTION TO AUTHORIZE |
| JACK N. ZAHAROPOULOS | : | WAGE ATTACHMENT |
| (CHAPTER 13 TRUSTEE) | : | |
| | : | |
|         RESPONDENTS | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

Upon consideration of the above-referenced Debtor having filed a Motion to Terminate Wage Attachment, Dkt. # 51 ("Motion"), it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is hereby granted and the Wage Attachment entered pursuant to Order dated January 13, 2022, is hereby terminated, and:

        Attn: Payroll or Human Resources Department
        JM Seeger, LLC
        1205 O'Neill Highway
        Dunmore, PA 18512

shall terminate the payroll deduction from said Debtor's income, beginning on the next day following receipt of this Order.

        By the Court,

        _____
        Mark J. Conway, Bankruptcy Judge
        Dated: September 22, 2022