# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEE MICHAEL SOLSMAN
AKA: LEE M. SOLSMAN, LEE SOLSMAN

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-01009-MJC

LEE MICHAEL SOLSMAN
AKA: LEE M. SOLSMAN, LEE SOLSMAN

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on October 13, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 13, 2023, the Debtor(s) is/are $2,900.00 in arrears with a plan payment having last been made on April 5, 2023.

In accordance with said stipulation, the case may be dismissed.

Dated:    October 13, 2023                           Respectfully submitted,

                                                         /s/   Agatha R. McHale, Esquire
                                                         ID: 47613
                                                         Attorney for Movant
                                                         Jack N. Zaharopoulos
                                                         Standing Chapter 13 Trustee
                                                         Suite A, 8125 Adams Drive
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEE MICHAEL SOLSMAN
AKA: LEE M. SOLSMAN, LEE SOLSMAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-21-01009-MJC

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 13, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA 18701-1708

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
LEE MICHAEL SOLSMAN
323 N KEYSER AVE
SCRANTON PA 18504-9788

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 13, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com