United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lee Michael Solsman  
    Debtor

Case No. 21-01009-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 20, 2023      Form ID: pdf010      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lee Michael Solsman, 323 N Keyser Ave, Scranton, PA 18504-9788 |
| 5450262 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5450261 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 5465579 | + | Mariner Finance, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5407832 | | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5407830 | | Pennsylvania Physician Service, 700 Quincy Ave, Scranton, PA 18510-1724 |
| 5407817 | | Solsman Lee Michael, 323 N Keyser Ave, Scranton, PA 18504-9788 |
| 5407834 | | Tdrcs/raymour & Flanig, Columbia, SC 29201 |
| 5407835 | + | UGI Utilities, Inc, PO Box 15503, Wilmington, DE 19850-5503 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2023 18:44:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5444041 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 18:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5444040 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 18:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5407819 | | Email/Text: EDI@CACIONLINE.NET | Oct 20 2023 18:41:00 | Consumer Adjustment Co, 12855 Tesson Ferry Rd, Saint Louis, MO 63128-2911 |
| 5407820 | | Email/Text: bankruptcy@credencerm.com | Oct 20 2023 18:41:00 | Credence Resource Mana, 4222 Trinity Mills Rd Ste 260, Dallas, TX 75287-7666 |
| 5407821 | | Email/Text: G06041@att.com | Oct 20 2023 18:41:00 | DIRECTV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 5414455 | | Email/Text: G06041@att.com | Oct 20 2023 18:41:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5407822 | | Email/Text: customersupport@elevaterecoveries.com | Oct 20 2023 18:41:00 | Elevate Reco, 1930 N Grand Ave, Sherman, TX 75090-2657 |
| 5419114 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2023 18:41:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5407824 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2023 18:41:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5407823 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2023 18:41:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5407825 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5407818 | | Email/Text: mylawyer@jpplaw.com | Oct 20 2023 18:41:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5407826 | | Email/Text: bankruptcy@marinerfinance.com | Oct 20 2023 18:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5407827 | | Email/Text: bankruptcy@marinerfinance.com | Oct 20 2023 18:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5419099 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5481463 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 18:41:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5481464 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 18:41:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5407828 | | Email/Text: csc.bankruptcy@amwater.com | Oct 20 2023 18:41:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5407831 | | ^ MEBN | Oct 20 2023 18:38:54 | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1179 |
| 5407829 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 20 2023 18:41:00 | Pennsylvania American Water, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 5412268 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 18:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5423412 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 18:41:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5407833 | | ^ MEBN | Oct 20 2023 18:38:45 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5408054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 18:44:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5419346 | + | Email/Text: tdebn@credbankserv.com | Oct 20 2023 18:41:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5411189 | | Email/Text: bkrcy@ugi.com | Oct 20 2023 18:41:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Mariner Finance, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5409008 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5465580 | *+ | Mariner Finance, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5419103 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Craig H. Fox | on behalf of Creditor Mariner Finance LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Lee Michael Solsman MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LEE MICHAEL SOLSMAN<br>AKA: LEE M. SOLSMAN,<br>LEE SOLSMAN<br><br>　　　　　　　　　Debtor 1 | Chapter:　　13<br><br>Case No.:　　5:21-01009-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　vs.　　　　　　　　Movant(s)<br><br>LEE MICHAEL SOLSMAN<br>AKA: LEE M. SOLSMAN,<br>LEE SOLSMAN<br>　　　　　　　　Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. #55, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 20, 2023